IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTRANIK BEDROS BOYADJIAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 16-1876 |

## ORDER

**AND NOW**, this 24 day of JAN, 2017, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g); the Administrative Law Judge: (a) shall expressly reconsider the weight to afford the opinions of Drs. Dedania and Matta; (b) if he accepts those opinions, the ALJ must re-assess Plaintiff's residual functional capacity ("RFC"); and (c) utilize any altered RFC to pose complete hypothetical questions to the vocational expert to determine if jobs exist that Plaintiff can perform.

BY THE COURT:

BERLE M. SCHILLER, J.